STATE v. DOVE

No. 442P98

Case below: 130 N.C.App. 758

Motion by Attorney General to withdraw petition for discretionary review allowed 7 January 1999.

STATE v. FEIMSTER

No. 417P98

Case below: 130 N.C.App. 613

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Martin recused.

STATE v. GORDON

No. 6P99

Case below: 131 N.C.App. 557

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. GRICE

No. 493P98

Case below: 131 N.C.App. 48

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

STATE v. HAZEL

No. 35P99

Case below: 131 N.C.App. 702

Motion by defendant (Hazel) to proceed in forma pauperis allowed 3 March 1999. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999.